**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 14-cv-151-RM-KMT

A.B., by his mother and next friend, Jennifer Ybarra,

    Plaintiff,

v.

The CITY OF WOODLAND PARK, a Colorado municipal corporation;
CHRISTOPHER MOELLER, in his individual and official capacities;
ANDREW LEIBBRAND, in his individual and official capacities;
WAL-MART STORES, INC., a Delaware corporation;
MELISSA YOUNG; and
SETH SHELTON,

    Defendants.

---

**ORDER AMENDING CAPTION**

---

THIS MATTER is before the Court *sua sponte*. Upon review of the Complaint and allegations therein, it appears that A.B. is a minor child. Pursuant to Fed.R.Civ.P. 5.2(a) and this Court's privacy policy as stated in the ECF Civil Procedures, the caption in this matter is hereby amended to delete reference to A.B.'s full name. All filings with the Court shall contain the minor's initials and not the minor's full name.

DATED this 22nd day of January, 2014.

                        BY THE COURT:

                        _____
                        RAYMOND P. MOORE
                        United States District Judge