IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-00151-RM | Date: | April 15, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom C-201 |

*Parties:*  *Counsel:*

A.B.   Matthew Werner

   Plaintiffs,

v.

THE CITY OF WOODLAND PARK   Ashley Kelliher
CHRISTOPHER MOELLER
ANDREW LIEBRAND
WAL-MART STORES, INC.   Katherine Johnson
MELISSA YOUNG
SETH SHELTON

   Defendants.

## COURTROOM MINUTES

**MOTION HEARING**

**1:29 p.m.    Court in session.**

Court calls case. Appearances of counsel.

The court finds that the discovery served on WalMart Stores Inc., Melissa Young and Seth Shelton was in direct contravention of the parties' agreement to extend discovery for the limited purposes of taking three depositions. At the time Plaintiff filed his motion [50] to extend the discovery completion date, Plaintiff's deadline to serve written discovery on these three defendants had already passed. Therefore, "AB's Motion to Deem Requests for Admission Admitted and to Compel Production of Documents and Responses to Interrogatories" [Doc. No. 62] is denied as to WalMart Stores Inc., Melissa Young and Seth Shelton.

The court finds the record is less clear regarding the limited nature of the discovery extension with respect to the City of Woodland Park, Christopher Moeller and Andrew Liebrand. The parties discussed at length taking three more depositions, however, the motion simply asked for a

general extension of the discovery cut off date. The court's minute order extending the discovery deadline [Doc. No. 52] was not limited.

The court further finds that the Plaintiff exceeded the discovery limitations of 25 each of Requests for Production of Documents, Requests for Admissions and Interrogatories for the party group composed of the City of Woodland Park, Christopher Moeller and Andrew Liebrand.

Given the confusion regarding the extension, the court will allow the Plaintiff to submit re-drafted written discovery compliant with the numerical restrictions of the Scheduling Order to these defendants as a group on or before April 20, 2015. The discovery submitted shall in no way expand on the discovery which was originally served on January 20, 2015. To the extent the original Requests for Admission served upon these three defendants has been admitted by default, pursuant to Fed. R. Civ. P. 36(b) this court withdraws any and all admissions. The three defendants shall file their responses, including any objections to the discovery served by Plaintiff as part of this order on or before May 20, 2015.

**ORDERED**:  AB's Motion to Deem Requests for Admission Admitted and to Compel Production of Documents and Responses to Interrogatories #[62] is GRANTED IN PART AND DENIED IN PART consistent with the record made.

**ORDERED:**  Motion to Strike Section III of Plaintiff's Supplemental Disclosure #[66] is GRANTED.

**ORDERED**:  The Final Pretrial Conference set for May 11, 2015 is VACATED and re-set to August 18, 2015 at 10:15 a.m. by telephone before Magistrate Judge Tafoya.

**2:35 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time    01:06

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.