IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-00151-RM-KMT | Date: | June 1, 2015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                        *Counsel:*

A.B., by his mother and next friend, JENNIFER          Matthew Werner
YBARRA,

    Plaintiff,

v.

The CITY OF WOODLAND PARK, a Colorado          Ashley Kelliher
municipal corporation,
CHRISTOPHER MOELLER, in his individual and
official capacities,
ANDREW LEIBBRAND, in his individual and official
capacities,
WAL-MART STORES, INC., a Delaware corporation,          Katherine Johnson
MELISSA YOUNG, and
SETH SHELTON,

    Defendants.

---

## COURTROOM MINUTES

---

**MOTION HEARING**

**9:58 a.m.**          **Court in session.**

Court calls case.  Appearances of counsel.

Discussion and argument regarding shooting scene measurement data, reopening Sergeant
Thomas Kinney's deposition, and disclosure of Trooper Zachareas' report.

**ORDERED:   A.B.'s Motion to Reopen Discovery and Revise or Replace Expert Witness
Report [86] is GRANTED for the limited purpose of deposing Thomas
Kinney and Eric Zachareas and supplementing expert reports with respect to
the newly disclosed measurement data, if necessary.  Depositions shall be**

**completed on or before  June 30, 2015.  Supplementation of expert reports by the parties shall be due on or before July 31, 2015, as discussed.**

**10:47 a.m.        Court in recess.**

Hearing concluded.
Total in-court time    00:49

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.