IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-00151-RM-KMT | Date: | December 8, 2015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*  *Counsel:*

A.B., by his mother and next friend, JENNIFER   Matthew Werner
YBARRA,

  Plaintiff,

v.

The CITY OF WOODLAND PARK,   Ashley Kelliher
CHRISTOPHER MOELLER,
ANDREW LEIBBRAND,
WAL-MART STORES, INC., a Delaware corporation,   Debra Sutton
MELISSA YOUNG, and
SETH SHELTON,

  Defendants.

## COURTROOM MINUTES

**MOTION HEARING**

**1:23 p.m.      Court in session.**

Court calls case. Appearances of counsel.

Discussion and argument regarding authenticity of document taken from an unknown and unidentified internet website and purporting to be Walmart security policies AP-09, however with handwritten strike outs.

**ORDERED:  The Walmart Defendants' Motion to Strike Plaintiff's Supplemental Disclosures and Trial Exhibit 14 [106] is GRANTED. Trial Exhibit 14 is inadmissible.**

**1:40 p.m.      Court in recess.**

Hearing concluded.
Total in-court time    00:17
*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.